Samson Lending LLC v Greenfield Mgt. LLC (2024 NY Slip Op 02468)

Samson Lending LLC v Greenfield Mgt. LLC

2024 NY Slip Op 02468

Decided on May 3, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on May 3, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: SMITH, J.P., BANNISTER, MONTOUR, DELCONTE, AND HANNAH, JJ.

395 CA 23-01846

[*1]SAMSON LENDING LLC, PLAINTIFF-APPELLANT,
v
GREENFIELD MANAGEMENT LLC, GREENFIELD SENIOR LIVING, INC., GREENFIELD REFLECTIONS OF WOODSTOCK LLC, AND MATHEW P. PEPONIS, DEFENDANTS-RESPONDENTS. 

MURRAY LEGAL, PLLC, MINEOLA (CHRISTOPHER R. MURRAY OF COUNSEL), FOR PLAINTIFF-APPELLANT. 
OFFIT KURMAN P.A., NEW YORK CITY (ALBENA PETRAKOV OF COUNSEL), FOR DEFENDANTS-RESPONDENTS.

 Appeal from an order of the Supreme Court, Ontario County (Daniel J. Doyle, J.), entered September 6, 2023. The order, inter alia, granted defendants' motion to dismiss the complaint. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court.
Entered: May 3, 2024
Ann Dillon Flynn
Clerk of the Court